**SO ORDERED**

*Charles A. Shaw*
5/26/2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | Case No. 4:16-CV-171 CAS |
| INDUSTRIAL MAINTENANCE & MECHANICAL SERVICES, LLC, | )<br>)<br>) |
| Defendant. | ) |

## DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, by and through Counsel, and hereby dismisses this matter, without prejudice.

Respectfully submitted,

HARTNETT GLADNEY HETTERMAN, L.L.C.

/s/ Michael A. Evans
MICHAEL A. EVANS, No. 58583
4399 Laclede Avenue
St. Louis, Missouri 63108
Telephone: 314-531-1054
Facsimile: 314-531-1131
mevans@hghllc.net

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing was served upon Defendant Industrial Maintenance & Mechanical Services, LLC, 4316 Bridgeton Industrial Drive, Bridgeton, MO 63044 by placing same, postage prepaid, in the U.S. Mail on the 25th day of May, 2016.

/s/ Michael A. Evans